UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY NICHOLS, | ) | |
|       Plaintiff, | ) | |
| | ) | No. 1:20-cv-993 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| JOSHUA ALLABACH and BRANDON DAHL, | ) | |
|       Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   April 13, 2022                                                      /s/  Paul L. Maloney
                                                                                                    Paul L. Maloney
                                                                                                    United States District Judge